# Exhibit A



HERSHA HOSPITALITY TRUST
44 HERSHA DR
HARRISBURG, PA 17102
Phone: (215) 238-1046 x2425

## ADVERSE ACTION NOTICE

CONFIDENTIAL TO BE OPENED BY ADDRESSEE ONLY
STEVEN ANTHONY SANCHEZ
2870 MARION AVEUNE
Bronx, NY 10458

January 12, 2022

Hello STEVEN ANTHONY SANCHEZ,

This letter is to inform you that we find it necessary to rescind our previous offer of employment.

This decision was based in whole or part, on the information provided to us in a Consumer Report or Investigative Consumer Report.

The report was prepared pursuant to an authorization signed by you at the time of application. Subsequently you also received a copy of your consumer report and a summary of your rights under the Fair Credit Reporting Act. The consumer report was used only for employment purposes and prepared for us by a consumer-reporting agency. Their mailing address and phone number are listed below:

**Data Facts**
8000 Centerview Parkway Ste 400
Cordova, TN 38018
Phone: 800-813-4381
Fax: 901-685-7351
https://www.datafacts.com

Data Facts plays no part in the decision to take any action on your employment application and is unable to provide you with specific reason(s) for not extending an offer of employment.

You may, upon providing proper identification, request another free copy of the report and may dispute with the consumer reporting agency the completeness or accuracy of any information in the report within 60 days of receipt of this notice with Data Facts.

Sincerely,
HERSHA HOSPITALITY TRUST

HERSHA HOSPITALITY TRUST
44 HERSHA DR
HARRISBURG, PA 17102
Phone: (215) 238-1046 x2425