# Exhibit B

Hersha Hospitality Management,
44 Hersha Drive
Harrisburg, PA 17102

Phone Number:

STEVEN ANTHONY SANCHEZ
2870 MARION AVE
APT 6C
BRONX, NY 10458

SSN: XXX-XX-XXXX

| | |
|---|---|
| Emp No | 361611 |
| Location | 314 |
| Property Loc | 314 |
| Department | 100 |
| Ownership | 5020 |
| Region | 30000 |
| AR # | HER1006 |

| | |
|---|---|
| Check No. | 209911 |
| Check Date | 1/14/2022 |
| Period Start | 1/2/2022 |
| Period End | 1/8/2022 |
| Pay Group | WEEKLY |
| Pay Rate | 15.00 |
| Job | BPBB120 |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime | 1.67 | 22.50 | 37.58 | 37.58 |
| Regular Hours | 40.00 | 15.00 | 600.00 | 600.00 |
| Totals | 41.67 | | 637.58 | 637.58 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 42.67 | 42.67 |
| Employee Medicare | 9.24 | 9.24 |
| Social Security Emp | 39.53 | 39.53 |
| Ny State Income Tax | 24.87 | 24.87 |
| New York R | 17.57 | 17.57 |
| Ny Paid Family Leav | 3.26 | 3.26 |
| Ny Disability Emplo | 0.60 | 0.60 |
| Totals | 137.74 | 137.74 |

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 637.58 | 137.74 | 0.00 | 499.84 | Total Net Pay | 499.84 |
| YTD | 637.58 | 137.74 | 0.00 | 499.84 | Check Amount | 499.84 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

