UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN ANTHONY SANCHEZ, *on behalf of himself and others similarly situated*,

        Plaintiff,

v.

HERSHA HOSPITALITY TRUST,
HERSHA HOSPITALITY MANAGEMENT, L.P.,
and DEMETRIUS HODGE,

        Defendants.

Case No: 1:22-cv-01731

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that Plaintiff, STEVEN ANTHONY SANCHEZ, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants HERSHA HOSPITALITY TRUST, HERSHA HOSPITALITY MANAGEMENT, L.P., and DEMETRIUS HODGE, without costs or attorneys' fees to any party.

Dated: June 8, 2022

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

*/s/ C.K. Lee*
C.K. Lee, Esq.
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff*

1